UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:07 CR 270 HEA |
| JUANELL CARTER, | ) ) | |
| Defendant. | ) | |

### CONDITIONAL DETENTION ORDER

This action came before the court on May 21, 2007, for a detention hearing upon the motion of the United States under the Bail Reform Act of 1984, 18 U.S.C. § 3142, that defendant Juanell Carter be detained without bail.

Defendant is charged by indictment with possession of heroin, possession of a firearm in furtherance of a drug trafficking crime, and being a felon in possession of a firearm. On May 21, 2007, through counsel, defendant waived his right to a detention hearing at this time, because he is currently subject to a state parole violator's warrant. Instead, he and the government agreed to the issuance of a conditional detention order, subject to reconsideration upon motion of the defendant in the future.

Therefore,

**IT IS HEREBY ORDERED** that the motion of the United States that defendant Juanell Carter be detained is sustained, subject to reconsideration upon motion of the defendant. Defendant is committed to the custody of the United States Marshals Service until further order.

　　　　　　　　　　　　　　　　　　　　/S/ David D. Noce
　　　　　　　　　　　　　　　　　　**DAVID D. NOCE**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on May 21, 2007.